1032], the order entered June 6, 1994 [511 U. S. 1141], denying the petition for writ of certiorari is vacated.

No. 93–986. MCINTYRE v. OHIO ELECTIONS COMMISSION. Sup. Ct. Ohio. [Certiorari granted, 510 U. S. 1108.] Motion to substitute Joseph McIntyre, Executor, in place of Margaret McIntyre, deceased, as petitioner in this case granted. Motion of respondent to dismiss denied.

No. 93–1224. TODD SHIPYARDS CORP. ET AL. v. EDWARDS ET AL., 511 U. S. 1031. Motion of respondent Richard Edwards for assessment of costs and attorney's fees denied without prejudice to refiling in the United States Court of Appeals for the Ninth Circuit.

No. 93–1535. WEST PENN POWER CO. ET AL. v. PENNSYLVANIA PUBLIC UTILITY COMMISSION ET AL. Commw. Ct. Pa. Motions of Metropolitan Edison Co. et al. and Edison Electric Institute for leave to file briefs as *amici curiae* granted.

No. 93–1652. CALDERON, WARDEN, ET AL. v. HAMILTON. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Motion of Criminal Justice Legal Foundation for leave to file a brief as *amicus curiae* granted.

No. 93–8312. IN RE ANDERSON. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [511 U. S. 364] denied.

No. 93–9060. IN RE LEWIS; and
No. 93–9171. IN RE NOLT. Petitions for writs of habeas corpus denied.

No. 93–8802. IN RE BIERLEY. Petition for writ of mandamus denied.

No. 93–1418. IN RE CALDERON, WARDEN, ET AL. Motion of respondent Melvin Wade for leave to proceed *in forma pauperis* granted. Petition for writ of mandamus denied.

No. 93–1631. BENTSEN, SECRETARY OF THE TREASURY v. ADOLPH COORS CO. C. A. 10th Cir. Certiorari granted.